RECEIVED IN
The Court of Appeals
Sixth District

APR 0 2 2015

Texarkana, Texas
Debra Autrey, Clerk

COURT OF APPEALS
SIXTH APPELLATE DISTRICT TEXAS
TEXARKANA TEXAS

06-15-00055-CR

FILED IN
The Court of Appeals
Sixth District

APR 0 2 2015

Texarkana, Texas
Debra K. Autrey, Clerk

LEAVE TO FILE WRIT OF
MANDAMUS

RELATOR MARK EUGENE ENGLE
VS. THE CLERK OF COURT
STACEY LANDRUM OF HUNT COUNTY

MARK EUGENE ENGLE
VS. THE STATE

WRIT # 07259
TRIAL CASE NO. 29,110

Hon Judge Richard Beacom
In The 354th District Court

Hon. Judge J. Andrew Bench
IN THE 196th DISTRICT COURT

PARTIES:

MARK EUGENE ENGLE
#1958430
COLLAIN UNIT
899 FM 632
KENEDY TX. 78119

STACEY LANDRUM
DISTRICT CLERK
COUNTY OF HUNT
PO BOX 1437
GREENVILLE TX. 75403

(i)

# TABLE OF CONTENTS

| | PAGE |
|---|---|
| IDENTITY OF PARTIES | 2 |
| INDEX OF AUTHORITIES | 3 |
| STATEMENT OF THE CASE | 4 |
| ARGUMENT | 5,6 |
| CONCLUSION | 6 |
| PRAYER | 6 |
| CERTIFICATE OF SERVICE | 7,8 |
| EXHIBITS.  A, B | |

## IDENTITY OF PARTIES

RELATOR:

MARK EUGENE EAGLE
# 1958930
CONNALLY UNIT
899 FM 632
KENEDY TX. 78119

STACEY LANDRUM
DISTRICT CLERK
COUNTY OF HUNT
PO BOX 1437
GREENVILLE TX.
75403-1437

(2)

# INDEX OF AUTHORITIES

Page

CANADIAN Helicopters Ltd v. Wittidg.
876 S.W.2d 304, 305 (TEX.1994)                 5

Johnson v. Fourth Court of Appeals
700 SW2d 916, 917 (TEX.1985)                   5

Stoner v. Massey. 586 SW2d SW2d 843,
846 (TEX.1979)                                 5

IN re Villarreal 96 S.W.3d 708,
710-711 (TEX. App. Amarillo 2003             5

(3)

## STATEMENT OF THE CASE

ON OCTOBER 1, 2014 REALATOR PLED GUILTY TO MAN DEL CS P9 17=49 L2009 STATUTE FOR OFFENSE: 481.112(d) HSC FIRST DEGREE FELONY A LIFE SENTENCE WAS GIVEN IN THE HONORABLE JUDGE RICHARD A BEACOM JR. IN THE 354 DISTRICT COURT A NOTICE OF APPEAL WAS GIVEN ON OCTOBER 3, 2014 ON DECEMBER 5, 2014 RELATOR WROTE DISTRICT CLERK AND REQUESTED FOR THE GRAND JURY HEARING UNDER THE WRIT NUMBER 07259 SEE EXHIBIT A" ATTACH. HE ALSO REQUESTED OTHER DESIGNATION ISSUES OF OTHER DOCUMENTS. TO BE ADDED SEE. EXHIBIT B" ATTACH I/60 SENT TO THE MAIL ROOM ON 1-20-15. THE CLERK HAS NOT HONORED HIS REQUEST WHICH IS AN ABUSED OF DISCRETION BY THE DISTRICT CLERK OFFICE. HE'S ENTITLED TO RECEIVE THE RECORDS NEEDED TO DO AN FUTURE HABEAS CORPUS.

(4)

# ARGUMENTS

## A. Standard of Review

Mandamus is an extraordinary remedy, available only in limited circumstances. <u>Canadian Helicopters Ltd v. Wittig</u>, 876 S.W.2d 304, 305 (Tex.1994) It is the burden of the relator to show entitlement to the relief being requested. see. generally <u>Johnson v. Fourth Court of Appeals, 700 SW2d 916, 917 (Tex.1985) (orig. proceeding)</u>. In order to be entitled to relief, the relator must show the following: (1) A legal duty to perform; (2) A demand for performance; and (3) A refusal to act. see <u>Stoner v. Massey, 586 SW2d 843, 846 (Tex.1979)</u>

## B. Relators Petition should be granted He has demonstrated that His request was brought to attention of the trial court.

Relators attach a filed stamped on Dec. 22, 2014 To the clerk of court <u>Exhibit A"</u> And sent an request for Designation Issues Document, to be included. see attach <u>Exhibit B' 1/60 To the mail room posted Dated by the mail room on 1-20-2015</u>

The burden is on relator to show that the the district court knew of its duty to act and neglected to perform it. see. <u>In re Villarreal 96 S.W.3d 708, 710-711 (Tex. App. Amarillo 2003)</u>

(5)

The District Clerk has a Outh to respond and do its Duty for appellant he wanted to purchase designation of Issue's.

## Conclusion and Prayer

This Issuance of a mandamus should be granted on the Exhibits shown

## Prayer

Relator prays for relief deem Just.

## Certificate of service

On this Day of 3-30-2015 did sent this Court of Appeals Clerk sixth District of Texarkana from the Community Unit 899 Fm 632 Kennedy TX. 78119

Sincerly
submitted

*Mark Eugene Ingle*
3-30-2015

(6)

# EXHIBIT A

(1) Filed letter request to the Dist. clerk on 12-22-2014

(7)

354th District
Clerk of The Court

AT FILED
DEC. 2 2 2014
Gay Rowlen
CLERK, DISTRICT COURT, HUNT CO. TX.

12-5-14

I have a couple issues to request of you.

My name is Mark Eugene Engle. I hereby certify with my signature that I am who I am. TDCJ-ID#1958430

Mark Eugene Engle
TX DL #11668271

Cause #29110

In this matter I want to respectfully request a copy of the District Clerks record in this case be sent to me in the enclosed self addressed envelope.

I would also like a copy of the minutes from the Grand Jury hearing in this matter.

Please also provide me with a price to get the complete transcripts of this case on CD. My wife will come to purchase.

Otherwise, everything else I've requested should be easy to obtain. I have certified indigency in the 354th with the appointment of my appeal attorney.

Sincerely,
Mark Eugene Engle

136

SUBJECT: *State briefly the problem on which you desire assistance.*

I sent 2 letters to the

District Court Clerk
Greenville, TX 75402

in January can you tell me the dates your
records indicate these mailings went out.
Thank You!

Name: Mark Engle    No: 1958430

Living Quarters: 7I-59B    Work Assignment: Med Squad 05    Unit: Connally

DISPOSITION: (Inmate will not write in this space)

1-30-15
Nissoro your out
X-Statt Minix

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

7

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☑ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden–if approved, will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden–if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☑ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

REASON FOR REQUEST: (Please check one)

TO: __Mailroom__

(Name and title of official)

ADDRESS: __John B. Connally Unit, Kennedy, TX 78119__

DATE: __3-22-15__

# EXHIBIT B

(1) I/60 sent to the mail room showing the other OAt I wrote for designation issues